

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00084-CV

| | | |
|---|---|---|
| Rabih Milan | § | From County Court at Law No. 1 |
| | § | of Tarrant County (2013-002286-1) |
| v. | § | May 7, 2015 |
| | § | Opinion by Justice Sudderth |
| David Paul Healy | § | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth_____
Justice Bonnie Sudderth